United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Mario Godhigh, Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-24961-Civ-Scola |
| | ) | |
| State of Florida, Respondent. | ) | |

## Order Adopting Magistrate Judge's Report And Recommendation And Dismissing The Habeas Petition

This case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On January 30, 2020, Judge Reid issued a report, recommending that the Court dismiss the petition for a writ of habeas corpus brought under 28 U.S.C. § 2254. (ECF No. 4.) The Petitioner has not filed objections to the report, and the time to do so has passed. "If there are no objections, the district court need only review the report and recommendation for 'clear error.'" *Pitaluga v. Colvin*, No. 14-24255-CIV, 2016 WL 1252657, at *2 (S.D. Fla. Mar. 31, 2016) (Gayles, J.) (citing *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. It is **ordered and adjudged** that the Report (**ECF No. 4**) is **adopted** and the Petitioner's habeas petition is **denied without prejudice**, except as to any applicable procedural bars on refiling. The Clerk will **close** this case. All pending motions, if any, are denied as moot.

The Court directs the Clerk to **mail copies of this order** to the Petitioner at the address listed below.

**Done and ordered**, at Miami, Florida, on February 28, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

<u>Copy, via U.S. Mail, to</u>:
Mario Dyrell Godhigh
M28779
New River Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Raiford, FL 32083